UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEROME D. BROWN,<br><br>     Plaintiff,<br><br>v.<br><br>DETECTIVE C. DARCY, et al.,<br><br>     Defendants. | 2:09-cv-0956-LDG-RJJ<br><br>**ORDER** |

Defendants have filed for summary judgment (#18, opp'n #23, reply #24). Defendants, however, have presented a collateral estoppel argument for the first time on reply. Accordingly,

THE COURT HEREBY ORDERS that Plaintiff may file a supplemental brief, no more than four (4) pages in length, addressing only Defendants' collateral estoppel argument. Plaintiff must file such brief within five (5) days of this order.

DATED this 16 day of March, 2011.

_____
Lloyd D. George
United States District Judge