# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEROME D. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>DETECTIVE C. DARCY, et al.,<br><br>    Defendants. | 2:09-cv-0956-LDG-RJJ<br><br>**ORDER** |

Good cause appearing,

THE COURT HEREBY ORDERS that Plaintiff's motion to extend time for filing a supplemental brief (#26) is GRANTED.  Plaintiff shall have an additional thirty (30) days, beginning immediately after the expiration of the previously granted five (5) days, to file a supplemental brief as described in this court's previous order (#25).

THE COURT FURTHER ORDERS that Defendants' motion for summary judgment (#18) is DENIED WITHOUT PREJUDICE in the interest of case management considerations.  The court further directs the Clerk's Office to reinstate and redocket Defendants' motion (#18) upon Plaintiff's filing of the aforementioned supplement.

DATED this 23 day of March, 2011.

_____
Lloyd D. George
United States District Judge